

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. F. Petet, Secretary
Railroad Commission of Texas
Austin, Texas

Dear Sir:                    Opinion No. 0-2706
                             Re:  Whether the Railroad Com-
                                  mission of Texas has author-
                                  ity to issue process and take
                                  written or oral depositions

        We have your letter of September 4, 1940,
in which you ask us whether the Railroad Commission
of Texas has power and authority to issue process
and take written or oral depositions, instead of
compelling the personal attendance of witnesses.

        You are advised that the Railroad Commis-
sion of Texas has authority to issue process to
take written or oral depositions, under the pro-
visions of Articles 6472 and 6472 (a), Vernon's
Annotated Civil Statutes.   With reference to matters
pending before the Motor Transportation Division of
the Railroad Commission of Texas, the Railroad Commis-
sion is only authorized to take the written depositions
of witnesses, under the provisions of Article 6472 (b),
Vernon's Annotated Civil Statutes.

        Article 6472, Vernon's Annotated Civil
Statutes, provides as follows:

        "The Commission may in its
    discretion issue proper process and
    take written or oral depositions in-
    stead of compelling personal atten-
    dance of witnesses.  The fees of an
    officer executing any process issued
    under the provisions of this title
    shall be such as the Commission
    may allow, not to exceed fees as
    prescribed by law for similar ser-
    vices."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Article 6472 (a), Vernon's Annotated Civil Statutes, was passed in 1930 as Chapter 43 of the Acts of the 41st Legislature, Fifth Called Session. This statute, which provided that it should be cumulative of all laws relating to the taking of depositions by or before the Railroad Commission, reads as follows:

"In all matters pending for hearing before the Railroad Commission of Texas, or any division thereof, the Commission or any interested party shall have the right to produce the testimony of witnesses by depositions instead of compelling the personal attendance of witnesses. For this purpose the Commission is hereby empowered and authorized to issue commissions and all other process necessary for the purpose of taking such depositions. Any depositions taken, under the provisions of this Act, shall be taken in accordance with the provisions of the Revised Statutes, regulating the taking of depositions in civil cases in so far as the same are applicable."

Article 6472 (b), Vernon's Annotated Civil Statutes, was passed in 1937 as Chapter 254 of the Acts of the 45th Legislature. This statute is rather lengthy, and we shall therefore not set it out in this opinion. We wish to point out, however, that this statute provides only for the taking of written depositions, and section 4 of this article expressly provides that Articles 6472 and 6472 (b) shall not be applicable to proceedings before the Motor Transportation Division of the Railroad Commission of Texas.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED SEP 10, 1940

GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

By

James P. Hart
Assistant

JPH:LW

Approved
Opinion
Committee
By B. W. B.
Chairman